# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | | |
|---|---|---|
| LORI NICHOLSON and WILLIS W. NICHOLSON, Plaintiffs, <br><br> BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; BIOMET MANUFACTURING CORP.; and BIOMET U.S. RECONSTRUCTION, LLC, Defendants. | **HEARING MINUTES** <br> Case No.: 18-cv-3057-CJW-KEM <br> Presiding Judge: C.J. Williams <br> Deputy Clerk: Daniel Moeller <br><br> Official Court Record: Patrice Murray <br> Contact Information: Patrice_murray@iand.uscourts.gov | Sealed: No <br><br><br><br><br><br> Contract? No |

| Date: | 11/9/2020 | Start: | 8:29 AM | Adjourn: | 5:17 PM | Courtroom: | Cedar Rapids, Courtroom 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | 10:29 AM-10:45 AM; 1:18 PM-2:02 PM; 3:56 PM-4:10 PM | | | Time in Chambers: | | -- | | Telephonic? | No |
| Appearances: | Plaintiff(s): | | Jeff Haberman, Bryan Hofeld, Sarah Schultz | | | | | | |
| | Defendant(s): | | Joe Price, Tom Joensen, Justin Cashman (Biomet representative), Stephanie Russo | | | | | | |
| | US Probation: | | --- | | | | | | |
| | Interpreter: | | --- | | | Language: | --- | Certified: | --- | Telephone: | --- |
| **TYPE OF PROCEEDING:** | | | | IS THE HEARING | Contested? | Yes | Continued from a previous date? | | No |
| **TRIAL:** | Jury: | X | Non-jury: | | Day: | 1 | | | |

| Motion(s): | --- | Ruling: | --- |
|---|---|---|---|

| Time: | Event: |
|---|---|
| 8:25 AM–9:01 AM | Pre-trial conference with parties. The Court addressed jury selection questions from the parties. The Court distributed jury instructions, including a final draft of Instruction Nos. 1-19. Plaintiffs had no objections. Defendants objected to No. 17 and what was previously posed as No. 20. Court overruled objections at this time, defendants can renew objections later. Court addressed motions in limine (Doc. 385). The motions in limine are granted in part, denied in part, and held in abeyance in part. Court addressed deposition designations. |
| 9:08 AM-9:12 AM | Jury brought in. |
| 9:12 AM-10:27 AM | Initial jury oath administered. Voir dire. |
| 10:27 AM | Jury excused for recess. |
| 10:27 AM-10:29 AM | Outside the presence of jury. |
| 10:29 AM-10:46 AM | Recess. |
| 10:47 AM | Jury brought back in. |
| 10:47 AM-12:45 PM | Voir dire continues. Motions to dismiss for cause. |
| 12:45 PM | Jury excused. |
| 12:45 PM-1:02 PM | Outside presence of the jury. Parties given time to discuss peremptory strikes. Peremptory strikes exercised. |
| 1:02 PM-1:06 PM | Jury brought back in. Final jury sworn in. Jury excused for lunch until 2:20 PM. |
| 1:07 PM -1:11 PM | Outside the presence of the jury. Discussed schedule for the rest of the day and deposition designations. |
| 1:11 PM-1:19 PM | Recess. |
| 1:19 PM-1:21 PM | Outside presence of the jury. Discussed demonstrative aides. |

| Time | Event |
|---|---|
| 1:21 PM-2:02 PM | Recess. |
| 2:02 PM-2:20 PM | Outside the presence of the jury. Discussed objections to demonstratives. Discussed objections to deposition designations. |
| 2:24 PM | Jury brought back in. |
| 2:25 PM-2:51 PM | Read jury instructions. |
| 2:52 PM-3:53 PM | Plaintiffs' opening statement. |
| 3:54 PM | Jury excused for recess |
| 3:55 PM-3:56 PM | Outside the presence of the jury. Brief discussion on order in limine issue. |
| 3:56 PM-4:12 PM | Recess. |
| 4:12 PM | Jury brought back in. |
| 4:12 PM-5:12 PM | Defense opening statement. |
| 5:14 PM | Jury excused. |
| 5:14 PM-5:17 PM | Outside the presence of the jury. Discussed daily scheduling. |
| 5:17 PM | Recess. |
|  |  |
|  |  |
| **Verdict:** | To be filed at conclusion of trial. |
| **Witness/Exhibit List is** | To be filed at conclusion of trial. |