# UNITED STATES DISTRICT COURT

for the

Northern    District of    Iowa

| | |
|---|---|
| Lori Nicholson and Willis William Nicholson,<br>*Plaintiffs*<br>v.<br>Biomet, Inc., et al<br>*Defendants* | )<br>)<br>)<br>)<br>) |

Civil Action No.   3:18-CV-3057-CJW-KEM

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☒  other:   Judgment is entered in favor of Plaintiffs Lori Nicholson and Willis William Nicholas against Defendants
Biomet, Inc, Biomet Orthopedics, LLC, Biomet Manufacturing Corp, and Biomet U.S. Reconstruction,
LLC in the amount of **THREE MILLION FIVE HUNDRED FIFTY THOUSAND DOLLARS**
($3,550,000).

This action was *(check one)*:

☒  tried by a jury with Judge C.J. Williams presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☐  decided by Judge _____ on a motion for _____
_____ .

Date:    November 23, 2020                    *CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*