UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

LORI NICHOLSON,

    Plaintiff,

v.

BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; BIOMET MANUFACTURING CORP.; and BIOMET U.S. RECONSTRUCTION, LLC,

    Defendants.

Case No.: 18-cv-3057

## ITEMIZATION OF OTHER COSTS FOR PLAINTIFF'S BILL OF COSTS

*Description*      *Amount*

Westlaw Research[1]
[documentation attached as Composite Exhibit A]……………………………………$9,076.38

Device Storage Costs for Nicholson Magnum Implant (Sci-Safe, Inc. & Get Orthopaedics)
[documentation attached as Composite Exhibit B]……………………………………$3,312.39

Deposition Travel Expenses (2016)[2]
[documentation attached as Composite Exhibit C]…………………………………….$1,462.07

Travel Expenses (Air Fare) – Trial[3]
[documentation attached as Composite Exhibit D]…………………………………..$13,242.20

Car Rental – Trial[4]
[documentation attached as Composite Exhibit E]……………………………………$1,782.82

---

[1] *In re UnitedHealth Grp., Inc. v. Shareholder Derivative Litig.*, 631 F.3d 913, 918–19 (8th Cir. 2011) (affirming the district court's award reimbursing counsel for online research, such as Westlaw or Lexis and noting "[t]he prevailing view among other circuits is to permit awards to reimburse counsel for the reasonable costs of online legal research.") (citing other cases).
[2] *See* 28 U.S.C. § 1821(c)(4).
[3] *See* 28 U.S.C. § 1821(c)(4).
[4] *See* 28 U.S.C. § 1821(c)(4).

Parking – Trial[5]
[documentation attached as Composite Exhibit F]……………………...........................$108.00

Hotel/Lodging – Trial[6]
[documentation attached as Composite Exhibit G]…………………………………….$20,814.97

Meal Expenses – Trial[7]
[documentation attached as Composite Exhibit H]……………………………………….$3,106.00

Legal-Eze Trial Demonstratives
[documentation attached as Composite Exhibit I]……………………………………….$4,858.52

Dr. Emile Li – Expert Witness Fees[8]
[documentation attached as Composite Exhibit J]………………………………………$6,130.00

> *The attached itemization of Dr. Li's expert witness fees totals $6,170.00. Plaintiff subtracted $40 from this total to avoid duplication of costs listed in the Witness Fees chart on the Bill of Costs Form.*

Mari Truman – Expert Witness Fees[9]
[documentation attached as Composite Exhibit K]……………………………………..$8,443.30

> *The attached itemization of Ms. Truman's expert witness fees totals $8,603.30. Plaintiff subtracted $160 from this total to avoid duplication of costs listed in the Witness Fees chart on the Bill of Costs Form.*

Dr. Steven Naide – Expert Witness Fees[10]
[documentation attached as Composite Exhibit L]……………………………………..$35,680.00

> *The attached itemization of Dr. Naide's expert witness fees totals $35,800.00. Plaintiff subtracted $120 from this total to avoid duplication of costs listed in the Witness Fees chart on the Bill of Costs Form.*

Dr. George Kantor – Expert Witness Fees[11]
[documentation attached as Composite Exhibit M]……………………………………$10,000.00

---

[5] *See* 28 U.S.C. § 1821(c)(4).
[6] *See* 28 U.S.C. § 1821(c)(4).
[7] *See* 28 U.S.C. § 1821(c)(4).
[8] *See* 28 U.S.C. § 1920(3); *see also Roberts v. S.S. Kyriakoula D. Lemos*, 651 F.2d 201, 206 (3d Cir. 1981) ("We therefore agree with the District of Minnesota and **the Eighth Circuit that Farmer *affords a district court equitable discretion to award expert fees when the expert's testimony is indispensable to determination of the case*** . . . when the expert's testimony played a crucial role in the resolution of the issues presented, a district court, in its discretion, may award expert fees.") (citing *Farmer v. Arabian Am. Oil Co.*, 379 U.S. 227 (1964)) (emphasis added); *Paschall v. Kansas City Star Co.*, 695 F.2d 322, 339 (8th Cir. 1982), *on reh'g*, 727 F.2d 692 (8th Cir. 1984) ("[W]e conclude that the district court here had discretion to award costs to plaintiffs for their expert witness fees.").
[9] *See* 28 U.S.C. § 1920(3); *see also Roberts*, 651 F.2d at 206; *Paschall*, 695 F.2d at 339.
[10] *See* 28 U.S.C. § 1920(3); *see also Roberts*, 651 F.2d at 206; *Paschall*, 695 F.2d at 339.
[11] *See* 28 U.S.C. § 1920(3); *see also Roberts*, 651 F.2d at 206; *Paschall*, 695 F.2d at 339.

FedEx Mail Charges & Overnight Charges[12]
[documentation attached as Composite Exhibit N]………………………………………..$904.25

Dynamic – Trial Exhibit and Technological Support Services
[documentation attached as Composite Exhibit O]…………………………………….$34,129.85

Jury X – Trial Support and Consulting Services
[documentation attached as Composite Exhibit P]…………………………………….$15,459.26

**TOTAL…………………………………………………………………….$168,510.01**

---

[12] *Pinkham v. Camex, Inc.*, 84 F.3d 294–95 (8th Cir. 1996) (allowing recovery for messengers and express mail under the Copyright Act).