# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| LORI NICHOLSON and<br>WILLIS WILLIAM NICHOLSON,<br><br>Plaintiffs,<br><br>v.<br><br>BIOMET, INC., BIOMET ORTHOPEDICS, LLC, BIOMET MANUFACTURING CORP., and BIOMET US RECONSTRUCTION, LLC,<br><br>Defendants. | MDL No. 3:12-MD-2391<br><br>Indiv. Case No: 18-cv-03057 CJW-KEM<br><br>**DEFENDANTS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT** |

Notice is hereby given that Defendants Biomet, Inc., Biomet Orthopedics, LLC, Biomet Manufacturing LLC f/k/a Biomet Manufacturing Corp., and Biomet U.S. Reconstruction, LLC (incorrectly named as Biomet US Reconstruction, LLC) (collectively, "Defendants" or "Biomet"), hereby appeal to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on May 6, 2021 (ECF No. 474, Amended Judgment), the Memorandum Opinion and Order entered on May 6, 2021 (ECF No. 473), the judgment entered on November 23, 2020 (ECF No. 420), and all other orders, rulings, docket entries, or judgments, whether set forth in a document, transcript, docket entry, or elsewhere, and whether entered in this individual case or the MDL case, that affected, serve as predicates for, or led up to and are merged or subsumed in either the final judgment or the other above-referenced orders and judgment, and any and all other adverse orders, rulings, or docket entries of any kind or nature in this action.

Respectfully submitted by,

Dated: June 4, 2021

*/s/ Thomas J. Joensen*
Thomas J. Joensen
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor

Des Moines, IA 50309
T: (515) 447-4704
tom.joensen@FaegreDrinker.com

Joseph M. Price
FAEGRE DRINKER BIDDLE & REATH LLP
90 South Seventh Street, Suite 2200
Minneapolis, MN 55402
T. (612) 766-8724
joseph.price@FaegreDrinker.com

Stephanie N. Russo
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
T: (317) 237-0300
Stephanie.russo@FaegreDrinker.com

Bryan D. Pasciak
FAEGRE DRINKER BIDDLE & REATH, LLP
311 S. Wacker Dr., Suite 4300
Chicago, IL 60606
T: 312-356-5037
F: 312-212-6501
bryan.pasciak@faegredrinker.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on June 4, 2021, I electronically filed the foregoing document with the Court's ECF system, which provided electronic service upon all counsel of record.

>*/s/ Thomas J. Joensen*
>Thomas J. Joensen
>
>*Attorney for Defendants*