# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 24, 2022

Mr. Aaron Daniel Van Oort
FAEGRE & DRINKER
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN  55402-3901

    RE: 21-2263  Lori Nicholson, et al v. Biomet, Inc., et al

Dear Mr. Van Oort:

    The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion.

    Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. No grace period for mailing is allowed, and the date of the postmark is irrelevant for pro-se-filed petitions. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

                                            Michael E. Gans
                                            Clerk of Court

BNW

Enclosure(s)

cc:    Ms. Adrienne Franco Busby
        Mr.  Clerk, U.S. District Court, Northern Iowa
        Ms. Roxanne Barton Conlin
        Mr. Jonathan Gdanski
        Mr. Bryan S. Gowdy
        Mr. Jeffrey L. Haberman
        Ms. Erin Linder Hanig
        Mr. Bryan Hofeld
        Mr. Thomas James Joensen
        Mr. Bruce Gregory Jones
        Mr. Devin C Kelly

Ms. Stephanie Anne Koltookian
Mr. Thomas Kus
Mr. John D. LaDue
Mr. Bryan D. Pasciak
Mr. Dimitrios A. Peteves
Mr. Joseph Michael Price
Ms. Stephanie N. Russo
Mr. Scott P. Schlesinger
Ms. Sarah J. Schultz
Ms. Michelle Marie Tessier

   District Court/Agency Case Number(s):   3:18-cv-03057-CJW

# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 24, 2022

West Publishing
Opinions Clerk
610 Opperman Drive
Building D D4-40
Eagan, MN 55123-0000

RE: 21-2263 Lori Nicholson, et al v. Biomet, Inc., et al

Dear Sir or Madam:

A published opinion was filed today in the above case.

Counsel who presented argument on behalf of the appellants and appeared on the appellants brief was Aaron Daniel Van Oort, of Minneapolis, MN. The following attorney(s) appeared on the appellants brief; Joseph Michael Price, of Minneapolis, MN., Bruce Gregory Jones, of Minneapolis, MN., Thomas James Joensen, of Des Moines, IA., Stephanie Anne Koltookian, of Des Moines, IA., Bryan D. Pasciak, of Chicago, IL., Thomas Kus, of Fort Wayne, IN.

Counsel who presented argument on behalf of the appellee and appeared on the appellee brief was Bryan S. Gowdy, of Jacksonville, FL. The following attorney(s) appeared on the appellee brief; Jeffrey L. Haberman, of Fort Lauderdale, FL., Dimitrios A. Peteves, of Jacksonville, FL.

The judge who heard the case in the district court was Honorable Charles J. Williams. The judgment of the district court was entered on May 6, 2021.

If you have any questions concerning this case, please call this office.

Michael E. Gans
Clerk of Court

BNW

Enclosure(s)

cc: MO Lawyers Weekly

District Court/Agency Case Number(s): 3:18-cv-03057-CJW