UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 21-2263
_____

Lori Nicholson

Plaintiff - Appellee

Willis William Nicholson

Plaintiff

v.

Biomet, Inc.; Biomet Orthopedics,LLC; Biomet Manufacturing LLC, formerly known as Biomet Manufacturing Corp.; Biomet U.S. Reconstruction, LLC

Defendants - Appellants

------

Appeal from U.S. District Court for the Northern District of Iowa - Central
(3:18-cv-03057-CJW)

------

**JUDGMENT**

Before SMITH, Chief Judge, WOLLMAN, and GRASZ, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 24, 2022

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans